Alyson Dykes, CA Bar #: 319835
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel: (657) 500-4317
Fax: (657) 227-0270
E: AlysonD@jlohman.com
Attorney for Plaintiff,
SEAN JACKSON

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN JACKSON,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>　　　　Defendant. | **Case No. 2:18-cv-5637**<br><br>Assigned to District Judge R. Gary Klausner<br><br>NOTICE OF SETTLEMENT |

**<u>NOTICE OF SETTLEMENT</u>**

　　Plaintiff SEAN JACKSON notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all PLAINTIFF'S claims in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

　　　　　　　　Respectfully submitted the 25th day of April 2019.

　　　　　　　　　　　　　　　　　By: */s/ Alyson J. Dykes*
　　　　　　　　　　　　　　　　　Alyson J. Dykes
　　　　　　　　　　　　　　　　　The Law Offices of Jeffrey Lohman, P.C.
　　　　　　　　　　　　　　　　　4740 Green River Road, Suite 310
　　　　　　　　　　　　　　　　　Corona, California 92880
　　　　　　　　　　　　　　　　　T: (657) 500-4317
　　　　　　　　　　　　　　　　　E: Alysond@jlohman.com
　　　　　　　　　　　　　　　　　Attorney for Plaintiff, SEAN JACKSON

## CERTIFICATE OF SERVICE

I certify that on April 25, 2019 I filed Plaintiff Sean Jackson's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Marcos D. Sasso
2029 Century Park East, Suite 800
Los Angeles, CA 90067
T:(424) 204-4400
F:(424) 204-4350
E: Sassom@Ballardspahr.Com

>  */s/ Alyson J. Dykes*
> Alyson J. Dykes
> The Law Offices of Jeffrey Lohman, P.C.
> 4740 Green River Road, Suite 310
> Corona, California 92880
> T: (657) 500-4317
> E: Alysond@jlohman.com
> Attorney for Plaintiff, SEAN JACKSON