Alyson Dykes – Bar #319835
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (657) 500-4317
Fax: (657) 227-0270
EMAIL: AlysonD@jolohman.com
Attorney fo Plaintiff, SEAN JACKSON

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JACKSON, | Case No: 2:18-CV-5637-RGK-SS |
| Plaintiff, | |
| v. | *ELECTRONICALLY FILED* |
| CAPITAL ONE BANK (USA),N.A., | |
| Defendants. | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Sean Jackson ("Plaintiff"), and Defendant Capital One Bank (USA), N.A.

("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to

the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE,

with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

| | |
|---|---|
| */s/ Marcos D. Sasso (with permission)* | */s/ Alyson J. Dykes* |
| Marcos D. Sasso | Alyson J. Dykes |
| BALLARD SPAHR LLP | The Law Offices of Jeffrey Lohman, P.C. |
| 2029 Century park East, Suite 800 | 4740 Green River Road, Suite 310 |
| Los Angeles, CA 90067-2909 | Corona, CA 92880 |
| T: (424) 204-4400 | T: 866-329-9217 |
| F: (424) 204-4350 | F: 657-227-0270 |
| E: sassom@ballardspahr.com | E: alysond@jlohman.com |
| *COUNSEL FOR DEFENDANT* | *COUNSEL FOR PLAINTIFF* |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May 2019, I electronically filed the foregoing

Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.


Marcos D. Sasso
BALLARD SPAHR LLP
2029 Century park East, Suite 800
Los Angeles, CA 90067-2909
T: (424) 204-4400
F: (424) 204-4350
E: sassom@ballardspahr.com
 *COUNSEL FOR DEFENDANT*


*/s/ Alyson Dykes*
Alyson Dykes
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA 92880
Tel. (657) 500-4317
Fax: (657) 227-0270
EMAIL: AlysonD@jlohman.com
Attorney fo Plaintiff, SEAN JACKSON