JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JACKSON, | Case No: 2:18-CV-5637-RGK-SS |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER OF DISMISSAL |
| CAPITAL ONE BANK (USA),N.A., | |
| Defendants. | |

### [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Sean Jackson ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: May 23, 2019

_____
United States District Judge